JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v-

ERIC STEVENS,
    a/k/a "E,"
           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

INDICTMENT

08 Cr. ___

08 CRIM 085

#### COUNT ONE

The Grand Jury charges:

1. On or about January 31, 2007, in the Southern District of New York, ERIC STEVENS, a/k/a "E," the defendant, unlawfully, intentionally, and knowingly did distribute, and possess with intent to distribute, a controlled substance, to wit, five grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

(Title 21, United States Code, Section 841(b)(1)(B); Title 18, United States Code, Section 2.)

#### Forfeiture Allegation

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, ERIC STEVENS, a/k/a "E", the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or

derived from any proceeds STEVENS obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including a sum of money representing the amount of proceeds obtained as a result of the offense alleged in Count One.

<u>Substitute Asset Provision</u>

   3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said

defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ERIC STEVENS, a/k/a "E,"

Defendant.

INDICTMENT

08 Cr.

(Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(B).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____          02/01/08
                                  Foreperson.