
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :

      - v -  :  NOTICE OF INTENT TO
                          FILE AN INFORMATION

ERIC STEVENS, a/k/a "E",  :

        Defendant.  :

- - - - - - - - - - - - - - - - x

**JUDGE LYNCH**

**08 CRIM 085**

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           December 18, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                   By: _____
                         Jeffrey A. Brown
                         Assistant United States Attorney

                     AGREED AND CONSENTED TO:

                   By: _____
                       Peggy Cross
                       Attorney for Eric Stevens

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

12/21/07 WHEEL A