```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

           - v -

ERIC STEVENS, a/k/a "E,"

                          Defendant.
-------------------------------------------------------------x

08 CR. 85 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

       The Court has received a letter from the government requesting a date for an arraignment and initial pre-trial conference in this case and, with the consent of defense counsel, that time be excluded under the Speedy Trial Act until the conference date. As the government's request is sought to allow the parties time to gather and review discovery materials and to engage in plea discussions, the Court finds that the interests of both sides in conducting discovery and continuing their negotiations toward a just outcome outweigh the interests of the defendant and the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The arraignment and initial pre-trial conference will be held on February 11, 2008, at 12:30 p.m.

2. The time from February 6, 2008, until February 11, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
          February 6, 2008

                                                      GERARD E. LYNCH
                                                      United States District Judge